Date: 7/17/2020

Peter Strojnik
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK, Sr.

Plaintiff,

vs.

TERRAPIN 1250 BAYSHORE PROPERTY OWNER, LLC DBA HOLIDAY INN EXPRESS SAN FRANCISCO AIRPORT SOUTH

Defendant.

Case No: 20-CV-3140-YGR

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff dismisses the above cause without prejudice.

RESPECTFULLY SUBMITTED this 1st day of June, 2020.

PETER STROJNIK

Plaintiff